wo

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Tony Harris,<br><br>    Defendant,<br>and<br><br>Maricopa Integrated Health Systems,<br><br>    Garnishee. | CV 00-0481-PHX-RCB<br><br>**GARNISHMENT DISPOSITION ORDER** |

    A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, Garnishee filed an Answer on October 2, 2009, stating that at the time of the service of the Writ it had in its possession non-exempt earnings belonging to and due Defendant, and that Garnishee was indebted to Defendant.

    On September 25, 2009, Defendant was notified of his/her right to a hearing and has not requested a hearing to determine exempt property or to object to the answer.

    IT IS ORDERED that Garnishee pay the sum of 25% of Defendant's non-exempt earnings to Plaintiff and continue withholding Defendant's non-exempt earnings and paying them to Plaintiff until the debt to Plaintiff is paid in full or until Garnishee

no longer has possession of any non-exempt earnings belonging to Defendant or until further Order of this court. Checks should be made payable to Department of Justice and mailed to U.S. Attorney's Office, Financial Litigation Unit, 405 West Congress, Suite 4900, Tucson, Arizona 85701-5041.

Dated this 7th day of November, 2009.

_____
Robert C. Broomfield
Senior United States District Judge